FILED
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10 CR 226-GAF |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ARTURO SANCHEZ CASTRO, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. (A) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*he does not pose a danger to community w/ his drug use & repeated violations of supervised release*

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: 4/18/12

CARLA WOEHRLE
~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE

2